

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00169-CV

**SHILOH ENTERPRISES, INC.**,
Appellant

v.

**FREP NEW BRAUNFELS, L.L.C.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-10605
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is set aside and the case is remanded to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

SIGNED October 8, 2014.

Karen Angelini, Justice